UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONDA BRADLEY NKWOR., INDIVIDUALLY AND ON BEHALF
OF OTHER PERSONS SIMILARLY SITUATED,

Plaintiff(s)
Petitioner(s)

- against -

FIRST CORPORATE SEDANS, INC., GUY BEN ZION AND
AMIR BEN ZION

Defendant(s)
Respondent(s)

INDEX #:
07 CV 10351
DATE FILED:
11/15/2007

JUDGE:
STEIN

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 11/29/2007, 11:28AM at 60 EAST 42ND STREET, SUITE # 2424, NEW YORK NY 10165, deponent served the within
SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND AND COPY OF
INDIVIDUAL PRACTICE RULES OF JUDGE SIDNEY H. STEIN AND COPY OF INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN
on FIRST CORPORATE SEDANS, INC.,, a defendant in the above action.

By delivering to and leaving with ATALIA BENZION at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 57   Approximate height 5'07"   Approximate weight 142   Color of skin WHITE   Color of hair BLONDE   Other
GLASSES, ACCENT

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY 10025
(212)897-5859

TONY CONIGLIARO    License # 1220476

Sworn to before me on 11/30/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726