UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONDA BRADLEY NKWOR., INDIVIDUALLY AND ON BEHALF
OF OTHER PERSONS SIMILARLY SITUATED,

Plaintiff(s)
Petitioner(s)

- against -

FIRST CORPORATE SEDANS, INC., GUY BEN ZION AND
AMIR BEN ZION

Defendant(s)
Respondent(s)

INDEX #:
07 CV 10351
DATE FILED:
11/15/2007

JUDGE:
STEIN

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 11/29/2007, 11:28AM at 60 EAST 42ND STREET, SUITE # 2424, NEW YORK NY 10165, deponent served the within
SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND AND COPY OF
INDIVIDUAL PRACTICE RULES OF JUDGE SIDNEY H. STEIN AND COPY OF INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN
on AMIR BEN ZION, a defendant in the above action.

By delivering a true copy thereof to and leaving with ATALIA BEN ZION/CO-WORKER, a person of suitable age and discretion at the above address, the said premises being the defendant's place of business within the State of NEW YORK.

C/O FIRST CORPORATE SEDANS, INC.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 11/30/2007 addressed to defendant AMIR BEN ZION at C/O FIRST CORPORATE SEDANS, INC., 60 E. 42ND ST., SUITE#2424, NY, NY 10165 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 57   Approximate height 5'07"   Approximate weight 142   Color of skin WHITE   Color of hair BLONDE   Other GLASSES, ACCENT

ATALIA BEN ZION told the deponent that AMIR BEN ZION was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY  10025
(212)897-5859

*Tony Conigliaro*

TONY CONIGLIARO   License # 1220476

Sworn to before me on 11/30/2007
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726