

Roberta C. Pike
Kenneth R. Tuch
Laurence I. Cohen

**PIKE & PIKE, P.C.**
ATTORNEYS AT LAW

1921 Bellmore Avenue
Bellmore, NY 11710
(516) 783-0062
Fax (516) 783-0082

*This office does not accept service of any legal papers by facsimile*

RECEIVED JAN 1 7 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

<u>VIA FACSIMILE -(212) 805-7924</u>

January 17, 2008

Hon. Sidney H. Stein, USDJ
United States District Court
Southern District of New York
500 Pearl St., Room 1010
New York, NY 10007-1312

  Re: Tonda Bradley Nkwor v. First Corporate Sedans, Inc., et al.
    Case No.: 07-CV-10351 (SHS)
    Our File No. 8336.006

Honorable Sir:

This office is counsel to Defendants in the above-referenced matter, which is scheduled for an initial Case Management Conference before this Court on January 18, 2008 at 11:30 a.m. With the consent of Plaintiff's counsel, Justin A. Zeller, Esq., I am writing to request a four (4) week adjournment of the conference, to a date mutually convenient to the Court and all parties. Mr. Zeller has advised that he is unavailable the week of February 4, 2008.

This adjournment is requested due to the fact that this office was recently retained to represent Defendants in connection with this matter, and Plaintiff has extended our time to Answer until January 25, 2008.

There has been no prior request for an adjournment of this conference.

Respectfully submitted,

PIKE & PIKE, P.C.

By: _____
  Laurence I. Cohen (LC0486)

cc: Justin A. Zeller, Esq. (via facsimile)

*[Handwritten:] The conference is adjourned to 2/29/08 at 11:30 a.m.
SO ORDERED 1/17/08*

_____
SIDNEY H. STEIN
U.S.D.J.

F:\WPDATA\First Corporate Sedan\8336-006 First Corp Sedans eds Tonda Bradley Nkwor\Cr ltrs\1-16-08 ltr to Court re adjournment.wpd

TOTAL P.002