UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONDA BRADLEY NKWOR,    Plaintiff,<br><br>-v-<br><br>FIRST CORPORATE SEDANS, INC., GUY BEN ZION and AMIR BEN ZION,<br>   Defendant. | Case No. 07-CV-10351 (SHS)<br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __FIRST CORPORATE SEDANS, INC.__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** February 6, 2008

Signature of Attorney

Attorney Bar Code: (RP4801)

Form Rule7_1.pdf  SDNY Web 10/2007