AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

TONDA BRADLEY NKWOR., Individually and on Behalf of All Other Persons Similarly Situated

V.

FIRST CORPORATE SEDANS, INC., GUY BEN ZION and AMIR BEN ZION

**APPEARANCE**

Case Number: 07-CV-10351 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants FIRST CORPORATE SEDANS, INC., GUY BEN-ZION and AMIR BEN-ZION

I certify that I am admitted to practice in this court.



| | |
|---|---|
| 1/25/2008 | *(signature)* |
| Date | Signature |
| | Roberta C. Pike     (RP 4801) |
| | Print Name     Bar Number |
| | 1921 Bellmore Avenue |
| | Address |
| | Belllmore     NY     11710 |
| | City     State     Zip Code |
| | (516) 783-0062     (516) 783-0082 |
| | Phone Number     Fax Number |