```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TONDA BRADLEY NKWOR,                :      07 Civ. 10351 (SHS)

                Plaintiff,      :

    -against-                          :      ORDER

FIRST CORPORATE SEDANS, INC., *ET AL.*,   :

                Defendants.    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The last day for plaintiff to move for court approved collective and class action notice is April 25, 2008;

    2.    There will be a pretrial conference on April 25, 2008, at 10:30 a.m.; and

    3.    The last day for completion of discovery is May 20, 2008.

Dated: New York, New York
          February 29, 2008

                                      SO ORDERED:

                                      _____
                                      Sidney H. Stein, U.S.D.J.