```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

TONDA BRADLEY NKWOR,                   :       07 Civ. 10351 (SHS)

               Plaintiff,          :

   -against-                           :       ORDER

FIRST CORPORATE SEDANS, INC., *ET AL.*,  :

               Defendants.         :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The parties having informed the Court that this case has settled,

      IT IS HEREBY ORDERED that there will be a conference on June 13, 2008, at 10:00 a.m., unless the stipulation of dismissal is submitted before that date. There will be no further adjournments of the conference.

Dated: New York, New York
       May 30, 2008

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.