```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TONDA BRADLEY NKWOR, Individually and on
Behalf of All Other Persons Similarly Situated,

                                    Plaintiff,

    -against-

FIRST CORPORATE SEDANS, INC., a New York
Corporation, GUY BEN ZION and
AMIR BEN ZION, jointly and severally,

                                  Defendants.
------------------------------------------------------------------x

Case No.: 07-CV-10351 (SHS)

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

The above-entitled action having been compromised and settled, and no party hereto being an infant, incompetent for whom a committee has been appointed or conservatee and no person not a party having an interest in the subject matter of the action, it is hereby stipulated and agreed by and between the attorneys for the respective parties herein that the above-entitled action be and the same hereby is discontinued <u>with prejudice</u> as to plaintiff Tonda Bradley Nkwor, without costs to either party as against the other, upon the filing of this stipulation with the Clerk of the Court.

Dated: May __, 2008

The Law Office of Justin A. Zeller, PC

_[signature]_
By: Justin A. Zeller (JZ 7094)
*Attorneys for Plaintiff*
251 West 14th Street, 5th Floor
New York, New York 10011
(212) 229-2249

Pike & Pike, P.C.

_[signature]_
By: Laurence I. Cohen (LC 0486)
*Attorneys for Defendant-Appellee*
1921 Bellmore Avenue
Bellmore, New York 11710
(516) 783-0062

SO ORDERED: 6/12/08

_[signature]_
Hon. Sidney H. Stein, U.S.D.J.